STATE MUTUAL LIFE ASSURANCE SOCIETY, PLAINTIFF-RESPONDENT, v. CELIA RICE ET AL., DEFENDANTS-PETITIONERS.

*Mr. Emanuel Gersten* for the petitioners.

*Messrs. McCarter & English* for the respondent.

January 5, 1959.  Denied.